**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVIN ADONIS ORTIZ, | Case No. LACV 17-128-R (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 20, 2019

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE